| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| **Eastern District of New York** |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual                              12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** **Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**    *Check one:*

   ☐ Chapter 7
   ■ Chapter 11

**Part 2:** **Identify the Debtor**

2. **Debtor's name**    **41-23 Haight Street Realty, Inc.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**    ■ Unknown

   _____ EIN

5. **Debtor's address**

   **Principal place of business**

   **c/o J Developments**
   Number          Street
   **87-10 Queens Blvd.**

   **Elmhurst NY 11373-0000**
   City          State     Zip Code

   **Queens**
   County

   **Mailing address, if different**

   Number          Street

   P.O. Box

   City          State     Zip Code

   **Location of principal assets, if different from principal place of business**

   Number          Street

   City          State     Zip Code

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   **41-21 Haight Street Realty, Inc.**                                                    Case number *(if known)*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No
☐ Yes.  Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

Debtor _____  Relationship _____
District _____  Date filed _____ (MM/DD/YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue**    *Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Wen Mei Wang a/k/a Amy Johnson** | **Breach of Contract - pro rata portion of down payment amount of $450,000 plus damages of $7,000 per month since June 2015)** | **$262,000** |
| | | $ |
| | | $ |
| **Xian Kang Zhang** | **Breach of Contract - pro rata portion of down payment amount of $450,000 plus damages of $7,000 per month since June 2015)** | **$262,000** |
| | | $ |
| | | $ |
| **Yu Qing Wang** | **Breach of contract - pro rata portion of down payment amount of $450,000 plus damages of $7,000 per month since June 2015** | **$262,000** |

Official Form 205                         Involuntary Petition Against a Non-Individual                         page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **41-21 Haight Street Realty, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | Total of petitioners' claims | **$786,000** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Wen Mei Wang a/k/a Amy Johnson**
Name

**3493 Shore Road**
Number    Street

**Murfreesboro TN 37128-0000**
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **May 30, 2019**
                MM / DD / YYYY

**/s/ Wen Mei Wang a/k/a Amy Johnson**
Signature of petitioner or representative, including representative's title

**Sylvia Tsai, Esq.**
Printed name

**Geng & Associates, P.C.**
Firm name, if any
**39-07 Prince Street**
**Suite 3E**
Number    Street
**Flushing NY 11354-0000**
City                State        Zip Code
Contact phone    **646-766-1647**    Email    **sylviatsai@lawgz.com**

Bar number    **5377593**

State    **NY**

**/s/ Sylvia Tsai**
Signature of attorney
Date signed    **May 30, 2019**
                MM / DD / YYYY

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**
**Xian Kang Zhang**
Name

**607 Lillard Road**
Number    Street

**Murfreesboro TN 37128-0000**
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

**Sylvia Tsai, Esq.**
Printed name

**Geng & Associates, P.C.**
Firm name, if any
**39-07 Prince Street**
**Suite 3E**
Number    Street
**Flushing NY 11354-0000**
City                State        Zip Code
Contact phone    **718-321-7006**    Email    **sylviatsai@lawgz.com**

| | |
|---|---|
| Debtor  **41-21 Haight Street Realty, Inc.** | Case number *(if known)* |
| Name | |

Bar number **5377593**

State **NY**

Number    Street

City            State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 30, 2019**
             MM / DD / YYYY

**/s/ Sylvia Tsai**
Signature of attorney

Date signed  **May 30, 2019**
             MM / DD / YYYY

**/s/ Xian Kang Zhang**
Signature of petitioner or representative, including representative's title

---

**Petitioners or Petitioners' Representative**             **Attorneys**

**Name and mailing address of petitioner**
**Yu Qing Wang**
Name

**Sylvia Tsai, Esq.**
Printed name

**3720 Gus Thomason Road**
**#305**
Number    Street

**Geng & Assocaites, P.C.**
Firm name, if any
**39-07 Prince Street**
**Suite 3E**
Number    Street

**Mesquite TX 75150-0000**
City            State        Zip Code

**Flushing NY 11354-0000**
City            State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Contact phone  **718-321-9006**   Email  **sylviatsai@lawgz.com**

Name

Bar number  **5377593**

State  **NY**

Number    Street

City            State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **May 30, 2019**
             MM / DD / YYYY

**/s/ Sylvia Tsai**
Signature of attorney

Date signed  **May 30, 2019**
             MM / DD / YYYY

**/s/ Yu Qing Wang**
Signature of petitioner or representative, including representative's title