UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

41-23 HAIGHT STREET REALTY INC.,

                              Debtor.

-------------------------------------------------------------x

Chapter 11
Case No. 19-43441-nhl


Hon. Nancy Hershey Lord

## DECLARATION OF XUE MEI CHEN

Under penalty of perjury, I, Xue Mei Chen, declare that I have read the contents of this declaration and that they are true and correct:

1. My name is Xue Mei Chen. I submit this Affidavit to support the Order to Show Cause for: a) grant a preliminary injunction with a temporary restraining order; b) enjoin and restrain Wing Fung Chau a/k/a Andy Chau, Xiu Qin Shi a/k/a Amy Shi (Wing Fung Chau's wife), Mei Yang Ko (Wing Fung Chau's mother), Salena Chau (Wing Fung Chau's daughter), Bo Jin Zhu (shareholder of Debtor), Hok Kwai Chau (shareholder of Debtor), Chun Yin Chen (shareholder of Debtor), Tu Kang Yang (Wing Fung Chau's partner), Dongmei Li (collectively, the "Insiders"), their agents, attorneys, employees, etc. from interfering with the estate of the Debtor, directly or indirectly, to the Debtor's real properties in Queens County identified as Block 5063, Lots 44, 45, 46, 47, 48, 49, 50, 51, 52, 53 and 55 Haight Street, Flushing, New York 11355 (collectively, the "Real Property") pursuant to pursuant to 11 U.S.C. §§362(a)(k) and 11 U.S.C. §105.

2. I met with the management of 41-23 HAIGHT STREET REALTY INC. (the "Debtor") many times and am fully familiar with the facts and circumstances as

1

set forth herein. Wing Fung Chau was the 100% shareholder and the prior president of the Debtor and is the actual controller of the Debtor now. Xiu Qin Shi a/k/a Amy Shi is Wing Fung Chau's wife, Mei Yang Ko is Wing Fung Chau's mother, Salena Chau is Wing Fung Chau's daughter, Bo Jin Zhu, Hok Kwai Chau and Chun Yin Chen are shareholders of Debtor, Tu Kang Yang and Dongmei Li are Wing Fung Chau's partners.

3. I reached a contract of sale (the "The Contract of Sale") with the Debtor on June 11, 2012 to purchase the condo (Number 3) (the "Condo") at 41-23 Haight Street, Flushing, New York. **See Exhibit A - The Contract of Sale**.

4. According to the Contract of Sale, since 2012, I paid $150,000.00 in six times to purchase the Condo. Xiu Qin Shi a/k/a Amy Shi, who is Wing Fung Chau's wife, signed her name to acknowledge the receipt of all funds. Xiu Qin Shi's signatures were also shown in the Contract of Sale.

5. I know Wing Fung Chau (Andy) and Xiu Qin Shi (Amy) are husband and wife. Their relationship are also witnessed on the deed of the real property with the address at 64-43 Alderton Street, Rego Park, New York, showing Wing Fung Chau and Xiu Qin Shi purchased the property as husband and wife. **See Exhibit B – Deed.**

6. After June 4, 2019 when this Chapter 11 petition was filed, Xiu Qin Shi (Amy) contacted most buyers and requested them not to be listed as creditors. Xiu Qin Shi (Amy) promised that she and the Debtor would pay back half of the money paid for the contracts of sale to the buyers who would withdraw from the lawsuits or de-listed their names from the creditors list in this Bankruptcy Case.

2

7. In March 2020, Wing Fung Chau (Andy) and Xiu Qin Shi (Amy) contacted buyers and told them that they would get the title of the Real Property.

8. In May 2020, the Second Stalking Horse Bidder, Mei Yang Ko, who is the mother of Wing Fung Chau, signed the Agreement to purchase the Real Property.

9. On May 20, 2020, Xiu Qin Shi (Amy) contacted many people to attend an open house of the Real Property. At the Open House, Wing Fung Chau (Andy), Xiu Qin Shi (Amy) and their partners, Tu Kang Yang, Dongmei Li and Mr. Miao, appeared at the Open House.

10. There were around 100 people appeared at the open house. I and my son went to the open house and took some videos of the open house. However, Xiu Qin Shi told us that I could not get the title of the condo unit I purchased and paid $150,000 for because I listed my name on the creditors list.

11. On May 28, 2020, Tu Kang Yang sent the Contract of Sale I had signed with the Debtor to my son.

12. From June 2, 2020 to June 10, 2020, Xiu Qin Shi (Amy) kept calling me and asked me to pay $350,000.00 immediately to purchase the condo unit, and, the balance of the purchase price would be paid later, otherwise she would sell the condo unit to another person. Even on June 10, 2020, Xiu Qin Shi (Amy) called me that she could provide the keys to the condo unit to me and I could move in immediately if I pay $350,000.00 to her.

13. On June 10, 2020, Ai Zhen Chen, another buyer, told me that Xiu Qin Shi (Amy) kept calling her and asked her to pay money immediately to get the title for the condo unit Ai Zhen Chen purchased in the Real Property. Xiu Qin Shi (Amy)

threatened Ai Zhen Chen that if she did not receive the money the condo unit would be gone.

14. In reliance on Xiu Qin Shi's representation, Ai Zhen Chen wired $200,000.00 to Xiu Qin Shi on June 10, 2020.

15. On May 26, 2020, the Insiders organized a company named 41 Haight Realty LLC and sent a subscription agreement to many people including me. In the Subscription Agreement, any potential subscriber needs to pay $328,900.00 to receive the membership interest of 41 Haight Realty LLC, which would hold the ownership of the Real Property. **See Exhibit C – Subscription Agreement. See Exhibit D – Entity Information of 41 Haight Realty LLC.**

16. The above statements have been read back to me through a competent English-Chinese interpreter, sentence-by-sentence and word-by-word. I swear the contents of the Declaration are true to my own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

Dated: June 15, 2020

CHEN XUE MEI
_____
Xue Mei Chen

Sworn and subscribed to before me
on this 15th day of June, 2020

_____
Notary Public

**YIMIN CHEN**
**Notary Public, State of New York**
**Registration No. 02CH6315534**
**Qualified in Queens County**
**Commission Expires Nov. 24, 20__**