# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re: 41-23 HAIGHT STREET REALTY INC. § § § § Case No. 19-43441

Debtor(s)

☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2021

Petition Date: 06/04/2019

Plan Confirmed Date: 05/28/2021

Plan Effective Date: 06/14/2021

This Post-confirmation Report relates to: ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity: GREGORY MESSER, PLAN ADMINISTRATO
Name of Authorized Party or Entity

s/ Gregory Messer
Signature of Responsible Party

GREGORY MESSER, PLAN ADMINISTRATOR
Printed Name of Responsible Party

10/12/2021
Date

26 COURT ST., STE 2400, BKLYN, NY 11242
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name 41-23 HAIGHT STREET REALTY INC.                    Case No. 19-43441

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $2,134,690 | $3,058,349 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $2,134,690 | $3,058,349 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $1,529,517 | $1,529,517 | $1,279,559 | $1,279,559 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | LaMonica Herbst & Maniscalco | Other | $1,219,063 | $1,219,063 | $1,013,573 | $1,013,573 |
| ii | Gary R. Lampert, CPA | Financial Professional | $19,085 | $19,085 | $19,085 | $19,085 |
| iii | Gleichenhaus Marchese et al | Other | $278,279 | $278,279 | $233,811 | $233,811 |
| iv | Dopkins & Company | Financial Professional | $4,620 | $4,620 | $4,620 | $4,620 |
| v | Rosner Law Group | Other | $8,470 | $8,470 | $8,470 | $8,470 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $2,585,000 | $2,076,987 | $2,076,987 | $2,366,945 | 88% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $84,700 | $3,025 | $84,700 | $84,700 | 100% |
| d. General unsecured claims | $3,241,545 | $43,132 | $885,116 | $22,034,230 | 4% |
| e. Equity interests | $0 | $0 | $0 | | |

### Part 4: Questionnaire

a. Is this a final report?                                                                                              Yes ○   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ⦿   No ○

Debtor's Name 41-23 HAIGHT STREET REALTY INC.                                      Case No. 19-43441

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

s/ Gregory Messer                                                                    GREGORY MESSER
Signature of Responsible Party                                                Printed Name of Responsible Party

PLAN ADMINISTRATOR                                                      10/12/2021
Title                                                                                            Date